UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE FARRAH GROUP, LLC.,

    Plaintiff/Counter-Defendant,

v.

DUROPLAS CORPORATION,

    Defendant/Counter-Plaintiff,
_____/

Case No.  05-73537

District Judge Marianne O. Battani
Magistrate Judge R. Steven Whalen

**ORDER GRANTING PLAINTIFF'S MOTION TO COMPEL**

    Before the Court is Plaintiff's Motion for Order Compelling Discovery [Docket #21], which has been referred for hearing and determination pursuant to 28 U.S.C. §636(b)(1)(A). For the reasons and under the terms stated on the record on February 7, 2006, Plaintiff's motion is GRANTED as follows, subject to the Protective Order set forth below:

    1. Defendant shall produce corporate records of Duroplas from January 1, 2002 to the present. "Corporate records" means agenda, meeting minutes and written consents in lieu of meetings, and shareholder reports.

    2. Defendant shall produce bank records of Duroplas from January 1, 2005 to the present.

    3. This discovery shall be produced within 21 days of the date of this Order.

## PROTECTIVE ORDER

Documents produced pursuant to this Order shall be marked "Confidential."

Material designated as "Confidential" may be disclosed only to: (1) the attorneys of record for the parties, including members, employees or contract workers of the law firms of the attorneys of record in this action; (2) expert witnesses for the parties; (3) Carl Kratz and William Farrah of The Farrah Group, L.L.C..  The material so designated shall not be disclosed or provided to any other employee, officer, director or contract worker associated with Plaintiff Farrah Group, L.L.C.; (4) employees, officers and directors of Defendant Duroplas Corporation, whether testifying at trial or deposition.

Discovery material designated "Confidential" under this Order may be disclosed to the persons set forth above only in the context and for the purposes of prosecuting or defending this lawsuit.

SO ORDERED.

S/R. Steven Whalen
R. STEVEN WHALEN
UNITED STATES MAGISTRATE JUDGE

Dated:  February 8, 2006

### CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 8, 2006.

S/Gina Wilson
Judicial Assistant