UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE FARRAH GROUP, LLC.,

        Plaintiff/Counter-Defendant,

Case No. 05-73537

District Judge Marianne O. Battani

v.                                                    Magistrate Judge R. Steven Whalen

DUROPLAS CORPORATION,

        Defendant/Counter-Plaintiff,
_____/

**ORDER DENYING DEFENDANT'S MOTION
FOR PROTECTIVE ORDER**

For the reasons stated on the record on February 7, 2006, Defendant's motion for protective order staying discovery [Docket #24] is DENIED.

        SO ORDERED.

                                              S/R. Steven Whalen
                                              R. STEVEN WHALEN
                                              UNITED STATES MAGISTRATE JUDGE

Dated: February 8, 2006

CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing order was served on the attorneys and/or parties of record by electronic means or U.S. Mail on February 8, 2006.

                                              S/Gina Wilson
                                              Judicial Assistant